# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOY L. ANTINUCCI,

     Plaintiff,

  v.            Case No.  05-C-864

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

        Defendant.

## ORDER FOR AWARD OF ATTORNEY FEES
## PURSUANT TO 28 U.S.C. § 2412

Plaintiff's unopposed motion for attorney fees and costs satisfies the requirement of the Equal Access to Justice Act and is hereby **GRANTED**.  Plaintiff is hereby awarded 14.6 hours of compensation for her attorney at the rate of $153.75 per hour (2005), and 12.4 hours of compensation at the rate of $157.50 (2006); and costs in the amount of $250.00, which totals **$4,447.75,** to be paid to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 6th day of November, 2006.

        BY THE COURT:

        s/AARON E. GOODSTEIN
        United States Magistrate Judge